```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In Re Ex Parte Application of SPS CORP I –                    :
FUNDO DE INVESTIMENTO EM                                      :
DIREITOS CREDITORIOS NAO                                      :    1:20-mc-205-GHW
PADRONIZADOS. to take discovery for use in                    :
foreign proceeding                                            :    ORDER
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the Ex Parte Application of SPS Corp I – Fundo De Investimento Em Direitos Creditorios Nao Padronizados for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than May 18, 2020, and to retain proof of service. Any opposition to the application must be served no later than June 4, 2020. Petitioner's reply, if any, is due no later than June 15, 2020.

The Court will hold a hearing on the Application by teleconference on July 1, 2020 at 1:00 p.m. All parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: May 11, 2020

_____
GREGORY H. WOODS
United States District Judge