USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
In Re Ex Parte Application of SPS CORP I – :
FUNDO DE INVESTIMENTO EM :
DIREITOS CREDITORIOS NAO : 1:20-mc-205-GHW
PADRONIZADOS. to take discovery for use in :
foreign proceeding : ORDER
:
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 15, 2020, Petitioner requested the approval of alternative means of service with respect to three of the respondents: Elizabeth S. Marcuse, Barclays Bank, and Gabrielle Fischer. Dkt. No. 7. The Court does not have a sufficient indication that the service methods proposed would be effective. And these cases that Petitioner cites do not support its assertions that its preferred methods of service are proper.

SO ORDERED.

Dated: May 18, 2020

_____
GREGORY H. WOODS
United States District Judge