USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                     :

In Re Ex Parte Application of SPS CORP I –    :
FUNDO DE INVESTIMENTO EM                      :
DIREITOS CREDITORIOS NAO                      :      1:20-mc-205-GHW
PADRONIZADOS. to take discovery for use in    :
foreign proceeding                            :          ORDER
                                                                   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court is in receipt of LIM College's response to Petitioner's application for judicial assistance pursuant to 28 U.S.C § 1782. Although the response references Lim College's concerns that complying the subpoena may "violat[e] privacy laws," Dkt. No. 13 at 2, the letter is extraordinarily vague. It does not point the Court to any of the specific "laws" that LIM College is concerned with, nor does it point to any authority supporting LIM College's position. Should LIM College wish to supplement their response and provide the Court with additional information with which the Court could use to evaluate its opposition, LIM College must do so no later than June 12, 2020.

       Petitioner is directed to serve a copy of this order on Respondents and retain proof of service.

SO ORDERED.

Dated: June 9, 2020

                                                                           GREGORY H. WOODS
                                                                         United States District Judge