USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :

In Re Ex Parte Application of SPS CORP I –     :
FUNDO DE INVESTIMENTO EM                :
DIREITOS CREDITORIOS NAO               :      1:20-mc-205-GHW
PADRONIZADOS. to take discovery for use in  :
foreign proceeding                                  :                 ORDER
                                                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 1, 2020, the Court held a hearing during which it read into the record its ruling on Petitioner's request to take discovery pursuant to 28 U.S.C. § 1782.  For the reasons articulated on the record during that conference, Petitioner's request to issue the subpoenas presented to the Court in the exhibits to its Petition at Dkt. No 1 pursuant to Section 1782 is granted.  Dkt. No 1.  To be clear, the Court is not endorsing Petitioner's proposed order at Dkt. No. 1-6, nor is it authorizing the other requested relief embedded in that proposed order at this time.  Petitioner is directed to serve a copy of this order on Respondents.

        The Clerk of Court is directed to terminate all pending motions, adjourn all remaining deadlines, and to close this matter.

        SO ORDERED.

Dated: July 1, 2020

                                                                          _____
                                                                             GREGORY H. WOODS
                                                                        United States District Judge